UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PRESTON R. BROWN, et al.,

Plaintiffs,

v.

PORSCHE CARS NORTH AMERICA, INC.,

Defendants.

Case No. 26-cv-02186-AGT

**CONDITIONAL DISMISSAL ORDER**

The parties notified the Court that they settled and expect to file a stipulation of dismissal, with prejudice, once the subject vehicle is surrendered to the defendant and funds are received by the plaintiffs. *See* dkt. 13. Given this notice, the Court conditionally dismisses the case without prejudice.

If the parties notify the Court by October 23, 2026, that their settlement is delayed or won't be finalized as soon as planned, the Court will amend this order or vacate this order and schedule a case management conference. If the parties don't file such a notice by October 23, 2026, the action will be dismissed with prejudice by virtue of this order, without any further order of the Court. All currently set dates in the case are vacated.

**IT IS SO ORDERED.**

Dated: July 24, 2026

Alex G. Tse
United States Magistrate Judge